Erik Gunderson, Bar No. 171982
Charlton Weeks LLP
1031 West Avenue M-14, Suite A
Palmdale, CA 93551
Phone: (661) 265-0969
Facsimile: (661) 265-1650
Attorneys for Plaintiff Tatiana Verren

FILED
MAR 09 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATIANA VERREN, | CASE NO. 1:11-CV-00232-AWI-JLT |
| Plaintiff, | STIPULATION FOR DISMISSAL AND PROPOSED ORDER |
| v. | |
| MICHAEL B. DONLEY, | |
| Defendant. | |

Pursuant to the terms of a written stipulation and agreement of compromise and settlement, as well as the provisions of Federal Rules of Civil Procedure 41(a)(1), the parties hereby stipulate that this action be dismissed with prejudice.

IT IS SO STIPULATED.

March 7, 2012                    Respectfully Submitted,

/s/ Erik Gunderson

Charlton Weeks LLP
Attorneys for Plaintiff Tatiana Verren

1

STIPULATION FOR DISMISSAL AND PROPOSED ORDER

March 7, 2012

Respectfully Submitted,
Benjamin B. Wagner, United States Attorney

/s/ Alyson A. Berg

Attorneys for Defendant

## ORDER OF DISMISSAL

The above stipulation is APPROVED, and this action is hereby DISMISSED WITH PREJUDICE, each party to bear their own fees and costs.

Dated: March 8, 2012

ANTHONY W. ISHII
Judge of the United States District Court

CHARLTON WEEKS LLP
1031 West Avenue M-14, Suite A
Palmdale, CA 93551

2

STIPULATION FOR DISMISSAL AND PROPOSED ORDER